**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

IN RE:

**EDNA MARGARITA LORENZO BONET**
**aka EDNA MARGARITA LORENZO, aka EDNA M LORENZO, aka EDNA SANCHEZ, aka EDNA RUIZ**

xxx–xx–0606

Debtor(s)

Case No. **12–05296 BKT**

Chapter **7**

FILED & ENTERED ON 11/8/19

*ORDER*

The trustee's petition for payment of premium bonds, docket entry #90, is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Friday, November 8, 2019 .

Brian K. Tester
United States Bankruptcy Judge