FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

| Case No: | 12-05296 BKT Judge: BRIAN K TESTER |
|---|---|
| Case Name: | LORENZO BONET, EDNA MARGARITA |
| For Period Ending: | 12/31/19 |

| Trustee Name: | WILFREDO SEGARRA-MIRANDA |
|---|---|
| Date Filed (f) or Converted (c): | 07/03/12 (f) |
| 341(a) Meeting Date: | 07/31/12 |
| Claims Bar Date: | 10/29/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY BO. GUAYABO, AGUADA, PR | 150,000.00 | 0.00 | OA | 0.00 | FA |
| 2. COMMERCIAL PROPERTY | 900,000.00 | 0.00 | OA | 0.00 | FA |
| 3. COMMERCIAL PROPERTY LOT OF LAND | 90,000.00 | 90,000.00 | | 0.00 | 90,000.00 |
| 4. COMMERCIAL PROPERTY LAND OF 760.00 SQ. METERS | 95,000.00 | 95,000.00 | | 0.00 | 95,000.00 |
| 5. APT. 804 AT COND. MACOR BY THE SEA | 245,000.00 | 0.00 | OA | 0.00 | FA |
| 6. APT. A-401 COND. MACOR BY THE SEA | 275,000.00 | 0.00 | OA | 0.00 | FA |
| 7. APT. 210 COND. TABLE ROCK, AGUADA | 150,000.00 | 0.00 | OA | 0.00 | FA |
| 8. FUNDS HELD IN ESCROW | 21,300.00 | 21,300.00 | | 0.00 | 21,300.00 |
| 9. Financial Accounts | 18,983.21 | 0.00 | | 0.00 | FA |
| 10. Household Goods | 4,100.00 | 0.00 | | 0.00 | FA |
| 11. Wearing Apparel | 425.00 | 0.00 | | 0.00 | FA |
| 12. Furs and Jewelry | 125.00 | 0.00 | | 0.00 | FA |
| 13. 1/8 TRUST FUND PARTICIPATION | 37,500.00 | 37,500.00 | | 0.00 | 37,500.00 |
| 14. 1999 FORD ECONOLINE | 2,565.00 | 500.00 | | 500.00 | FA |
| 15. 2000 FORD ECONOLINE | 2,475.00 | 500.00 | | 500.00 | FA |
| 16. 2001 FORD ECONOLINE | 2,703.00 | 500.00 | | 500.00 | FA |
| 17. 2001 FORD ECONOLINE | 2,703.00 | 500.00 | | 500.00 | FA |
| 18. 2003 SUPER DUTY CARGO | 3,558.00 | 1,000.00 | | 1,000.00 | FA |
| 19. 2005 FORD E 350 | 4,844.00 | 1,000.00 | | 1,000.00 | FA |
| 20. 2006 CHEVROLET EXPRESS | 5,270.00 | 1,000.00 | | 1,000.00 | FA |
| 21. 2006 FORD E350 | 5,357.00 | 2,000.00 | | 2,000.00 | FA |
| 22. 2008 FORD E350 | 13,829.00 | 13,000.00 | | 13,000.00 | FA |

Case:12-05296-MCF7  Doc#:93  Filed:01/22/20  Entered:01/22/20 15:57:23  Desc:
Page 2 of 3

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Case No:   12-05296   BKT   Judge: BRIAN K TESTER
Case Name:   LORENZO BONET, EDNA MARGARITA

Trustee Name:   WILFREDO SEGARRA-MIRANDA
Date Filed (f) or Converted (c):   07/03/12 (f)
341(a) Meeting Date:   07/31/12
Claims Bar Date:   10/29/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23. OPTION (u) | 0.00 | 5,000.00 | | 5,000.00 | FA |
| 24. 363 MOTION FILING FEE (u) | 0.00 | 176.00 | | 176.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 28.50 | FA |
| TOTALS (Excluding Unknown Values) | $2,030,737.21 | $268,976.00 | | $25,204.50 | Value of Remaining Assets $243,800.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

MARKETING PROPERTIES

DOC. 76 APLICATION TO EMPLOY ATTORNEY FOR THE ESTATE AND NOTARY PUBLIC, NOEMI LANDRAU RIVERA, ESQ., FILED 7/1/16

DOC. 73 NOTICE OF ABANDONMENT OF COMMERCIAL PROPERTY L BUILDING AT 1 COLON ST., AGUADA, PR FILED 11/9/15

Pending sale of real estate. Real estate broke: Pedro Betancourt Díaz. Also pending liquidation of trust inherited by Debtor.

RE PROP# 1---Debtor's principal residence at Bo. Guayabo, Aguada, PR.
  Pending sale by Trustee.
RE PROP# 2---Commercial building at 1 Colon St., Aguada, PR
.
RE PROP# 3---Lot of land 755. sq. meters st. no. 441 km. 0.7 Guayanilla, PR
  Property pending sale by Trustee.
RE PROP# 4---Located at 441 St. Km. 0.7, Guaniquilla, PR
  Property marketed by Trustee for sale.
RE PROP# 5---Apt. 804 Cond. Macor by the Sea, Rincon, PR
  Pending sale by Trustee via carve-out with lienholders. Foreclosure by Bank.
RE PROP# 6---Apt. A-4 Cond. Macor by the Sea, Rincon, PR
  Pending sale by Trustee via carve-out with lienholders   Foreclosure by Bank.
RE PROP# 7---Apt. 210 Cond. Table Rock, Aguada PR
  Pending sale by Trustee via carve-out with lienholders   Foreclosure by Bank.
RE PROP# 8---BPPR FINANCIAL ACCOUNT HOLDING FUNDS IN ESCROW PENDING LIQUIDATION OF GOV'T CLAIMS OVER
   REAL PROPERTIES.
  Trustee pending liquidation
RE PROP# 9---Funds colateral to debt with Coop A/C Aguada.  Fully encumbered in favor of lienholder
  Coop A/C Aguada.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 3

| | |
|---|---|
| Case No: 12-05296 BKT Judge: BRIAN K TESTER | Trustee Name: WILFREDO SEGARRA-MIRANDA |
| Case Name: LORENZO BONET, EDNA MARGARITA | Date Filed (f) or Converted (c): 07/03/12 (f) |
| | 341(a) Meeting Date: 07/31/12 |
| | Claims Bar Date: 10/29/12 |

RE PROP# 10---Asset fully exempt as claimed by Debtor in Schedule C.
RE PROP# 11---Asset fully exempt as claimed by Debtor in Schedule C.
RE PROP# 12---Asset fully exempt as claimed by Debtor in Schedule C.
RE PROP# 13---Trustee pending liquidation. 1/8 participation in trust consists of several real properties.
   PENDING SALE OF PROPERTY.
RE PROP# 14---Sold as per notice of sale and Trustee's report on sale docket nos. 26 & 32
RE PROP# 15---Sold as per notice of sale and Trustee's report on sale docket nos. 26 & 32
RE PROP# 16---Sold as per notice of sale and Trustee's report on sale docket nos. 26 & 32
RE PROP# 17---Sold as per notice of sale and Trustee's report on sale docket nos. 26 & 32
RE PROP# 18---Sold as per notice of sale and Trustee's report on sale docket nos. 26 & 32
RE PROP# 19---Sold as per notice of sale and Trustee's report on sale docket nos. 26 & 32
RE PROP# 20---Sold as per notice of sale and Trustee's report on sale docket nos. 26 & 32
RE PROP# 21---Sold as per notice of sale and Trustee's report on sale docket nos. 26 & 32
RE PROP# 22---Sold as per notice of sale and Trustee's report on sale docket nos. 27 & 30

Initial Projected Date of Final Report (TFR): 12/31/14      Current Projected Date of Final Report (TFR): 12/31/20

   /s/    WILFREDO SEGARRA-MIRANDA
_____ Date: 01/21/20
   WILFREDO SEGARRA-MIRANDA
   TRUSTEE
   PO BOX 9023385
   SAN JUAN, PR  00902-3385
   Phone: (787) 725-6160
   Email: wisegar@gmail.com