# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>LORENZO BONET, EDNA MARGARITA<br><br>DEBTOR | CASE NO. 12-05296(BKT)<br><br>CHAPTER 7 |

## INFORMATIVE MOTION FOR RETURN OF FUNDS

**TO THE HONORABLE COURT**:

COMES NOW, Wilfredo Segarra Miranda, Trustee in the above proceedings and respectfully states and prays:

1. On March 28, 2016 a sale deposit of $5,000.00 was received from Mr. Luis Colon Velazquez and Ms. Doris Alonso Gonzalez.

2. That sale has not been completed and Mr. Luis Colon Velazquez and Ms. Doris Alonso Gonzalez have requested the return of the good faith deposit.

WHEREFORE, it is respectfully prayed this Honorable Court take note.

**I HEREBY CERTIFY:** That the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF System which will send notification of said filing to parties appearing on said system including the U.S. Trustee Office and sent by mail to Debtor and Debtor's attorney.

**DATED**: September 30th, 2020

/s/ Wilfredo Segarra Miranda
**Wilfredo Segarra Miranda, Trustee**
**PO Box 9023385**
**San Juan, P.R. 00902-3385**
**Tel. 787-725-6160**
**Email: wisegar@gmail.com**