FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

| Case No: | 12-05296 MCF Judge: CABAN FLORES, MILDRED | Trustee Name: | WILFREDO SEGARRA-MIRANDA |
| --- | --- | --- | --- |
| Case Name: | LORENZO BONET, EDNA MARGARITA | Date Filed (f) or Converted (c): | 07/03/12 (f) |
| | | 341(a) Meeting Date: | 07/31/12 |
| For Period Ending: 12/31/21 | (10th reporting period for this case) | Claims Bar Date: | 10/29/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY BO. GUAYABO, AGUADA, PR | 150,000.00 | 0.00 | OA | 0.00 | FA |
| Debtor's principal residence at Bo. Guayabo, Aguada, PR. Pending sale by Trustee. Doc. 88 Notice of Abandonment filed 04/30/2019. | | | | | |
| 2. COMMERCIAL PROPERTY | 900,000.00 | 0.00 | OA | 0.00 | FA |
| Commercial building at 1 Colon St., Aguada, PR Doc. 73 Notice of Abandonment filed 11/9/2015. | | | | | |
| 3. COMMERCIAL PROPERTY LOT OF LAND | 90,000.00 | 0.00 | OA | 0.00 | FA |
| Lot of land 755. sq. meters st. no. 441 km. 0.7 Guayanilla, PR Property pending sale by Trustee. Trustee has offer for sale of lots of land with structure, and pending PR Treasury Release. | | | | | |
| 4. COMMERCIAL PROPERTY LAND OF 760.00 SQ. METERS | 95,000.00 | 0.00 | OA | 0.00 | FA |
| Located at 441 St. Km. 0.7, Guaniquilla, PR Property marketed by Trustee for sale. Trustee has offer for sale of lots of land with structure, and pending PR Treasury Release. | | | | | |
| 5. APT. 804 AT COND. MACOR BY THE SEA | 245,000.00 | 0.00 | OA | 0.00 | FA |
| Apt. 804 Cond. Macor by the Sea, Rincon, PR Pending sale by Trustee via carve-out with lienholders. Foreclosure by Bank. Doc. 88 Notice of Abandonment filed 04/30/2019. | | | | | |
| 6. APT. A-401 COND. MACOR BY THE SEA | 275,000.00 | 0.00 | OA | 0.00 | FA |
| Apt. A-4 Cond. Macor by the Sea, Rincon, PR Pending sale by Trustee via carve-out with lienholders Foreclosure by Bank. Doc. 88 Notice of Abandonment filed 04/30/2019. | | | | | |

LFORM1

Ver: 22.04

| Case No: | 12-05296 MCF Judge: CABAN FLORES, MILDRED | Trustee Name: | WILFREDO SEGARRA-MIRANDA |
|---|---|---|---|
| Case Name: | LORENZO BONET, EDNA MARGARITA | Date Filed (f) or Converted (c): | 07/03/12 (f) |
| | | 341(a) Meeting Date: | 07/31/12 |
| | | Claims Bar Date: | 10/29/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 7. APT. 210 COND. TABLE ROCK, AGUADA | 150,000.00 | 0.00 | OA | 0.00 | FA |
| Apt. 210 Cond. Table Rock, Aguada PR | | | | | |
| Pending sale by Trustee via carve-out with lienholders  Foreclosure by Bank. | | | | | |
| Doc. 88 Notice of Abandonment filed 04/30/2019. | | | | | |
| 8. FUNDS HELD IN ESCROW | 21,300.00 | 24,177.72 | | 0.00 | 24,177.72 |
| BPPR FINANCIAL ACCOUNT HOLDING FUNDS IN ESCROW PENDING LIQUIDATION OF GOV'T CLAIMS OVER REAL PROPERTIES. | | | | | |
| Trustee pending liquidation | | | | | |
| Adv. Case 21-00036 against BPPR filed 4/8/2021 | | | | | |
| 9. Financial Accounts | 18,983.21 | 0.00 | | 0.00 | FA |
| Funds colateral to debt with Coop A/C Aguada.  Fully encumbered in favor of lienholder Coop A/C Aguada. | | | | | |
| 10. Household Goods | 4,100.00 | 0.00 | | 0.00 | FA |
| Asset fully exempt as claimed by Debtor in Schedule C. | | | | | |
| 11. Wearing Apparel | 425.00 | 0.00 | | 0.00 | FA |
| Asset fully exempt as claimed by Debtor in Schedule C. | | | | | |
| 12. Furs and Jewelry | 125.00 | 0.00 | | 0.00 | FA |
| Asset fully exempt as claimed by Debtor in Schedule C. | | | | | |
| 13. 1/8 TRUST FUND PARTICIPATION | 37,500.00 | 0.00 | | 0.00 | FA |
| Trustee pending liquidation. 1/8 participation in trust consists of several real properties. | | | | | |
| PENDING SALE OF PROPERTY. | | | | | |
| 14. 1999 FORD ECONOLINE | 2,565.00 | 1,000.00 | | 1,000.00 | FA |
| Sold as per notice of sale and Trustee's report on sale docket nos. 26 & 32 | | | | | |

LFORM1

Ver: 22.04

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 3

| | |
|---|---|
| Case No: 12-05296 MCF Judge: CABAN FLORES, MILDRED | Trustee Name: WILFREDO SEGARRA-MIRANDA |
| Case Name: LORENZO BONET, EDNA MARGARITA | Date Filed (f) or Converted (c): 07/03/12 (f) |
| | 341(a) Meeting Date: 07/31/12 |
| | Claims Bar Date: 10/29/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Doc. 26 Notice of intent to sell debtor's vehicles filed 12/7/2012 | | | | | |
| 15. 2000 FORD ECONOLINE | 2,475.00 | 1,000.00 | | 1,000.00 | FA |
| Sold as per notice of sale and Trustee's report on sale docket nos. 26 & 32 | | | | | |
| Doc. 26 Notice of intent to sell debtor's vehicles filed 12/7/2012 | | | | | |
| 16. 2001 FORD ECONOLINE | 2,703.00 | 1,000.00 | | 1,000.00 | FA |
| Sold as per notice of sale and Trustee's report on sale docket nos. 26 & 32 | | | | | |
| Doc. 26 Notice of intent to sell debtor's vehicles filed 12/7/2012 | | | | | |
| 17. 2001 FORD ECONOLINE | 2,703.00 | 1,000.00 | | 1,000.00 | FA |
| Sold as per notice of sale and Trustee's report on sale docket nos. 26 & 32 | | | | | |
| Doc. 26 Notice of intent to sell debtor's vehicles filed 12/7/2012 | | | | | |
| 18. 2003 SUPER DUTY CARGO | 3,558.00 | 1,000.00 | | 1,000.00 | FA |
| Sold as per notice of sale and Trustee's report on sale docket nos. 26 & 32 | | | | | |
| Doc. 26 Notice of intent to sell debtor's vehicles filed 12/7/2012 | | | | | |
| 19. 2005 FORD E 350 | 4,844.00 | 1,000.00 | | 1,000.00 | FA |
| Sold as per notice of sale and Trustee's report on sale docket nos. 26 & 32 | | | | | |
| Doc. 26 Notice of intent to sell debtor's vehicles filed 12/7/2012 | | | | | |
| 20. 2006 CHEVROLET EXPRESS | 5,270.00 | 500.00 | | 500.00 | FA |
| Sold as per notice of sale and Trustee's report on sale docket nos. 26 & 32 | | | | | |
| Doc. 26 Notice of intent to sell debtor's vehicles filed 12/7/2012 | | | | | |
| 21. 2006 FORD E350 | 5,357.00 | 500.00 | | 500.00 | FA |

LFORM1    Ver: 22.04

| Case No: | 12-05296 MCF Judge: CABAN FLORES, MILDRED | Trustee Name: | WILFREDO SEGARRA-MIRANDA |
|---|---|---|---|
| Case Name: | LORENZO BONET, EDNA MARGARITA | Date Filed (f) or Converted (c): | 07/03/12 (f) |
| | | 341(a) Meeting Date: | 07/31/12 |
| | | Claims Bar Date: | 10/29/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Sold as per notice of sale and Trustee's report on sale docket nos. 26 & 32<br>Doc. 26 Notice of intent to sell debtor's vehicles filed 12/7/2012<br>22. 2008 FORD E350 | 13,829.00 | 8,836.72 | | 13,000.00 | FA |
| Sold as per notice of sale and Trustee's report on sale docket nos. 27 & 30<br>Doc. 27 MOtion for sale of vehicle free and clear of liens pursuant to 11 U.S.C. §363 filed 12/26/2012; Doc. 30 Order granting 03/18/2013<br>23. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 24. 363 MOTION FILING FEE (u) | 0.00 | 176.00 | | 176.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 28.50 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $2,030,737.21 | $40,190.44 | | $20,204.50 | $24,177.72 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

DOC. 106 PETITION OF REIMBURSEMENT OF EXPENSES (FILING FEE) FILED 5/12/2021

ADV. CASE 21-00036 VS. BPPR FILED 4/8/21

PENDING TURN OVER OF FUNDS BPPR

MARKETING PROPERTIES

# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 5

Case No: 12-05296 MCF Judge: CABAN FLORES, MILDRED  Trustee Name: WILFREDO SEGARRA-MIRANDA
Case Name: LORENZO BONET, EDNA MARGARITA  Date Filed (f) or Converted (c): 07/03/12 (f)
341(a) Meeting Date: 07/31/12
Claims Bar Date: 10/29/12

DOC. 76 APLICATION TO EMPLOY ATTORNEY FOR THE ESTATE AND NOTARY PUBLIC, NOEMI LANDRAU RIVERA, ESQ., FILED 7/1/16

DOC. 73 NOTICE OF ABANDONMENT OF COMMERCIAL PROPERTY L BUILDING AT 1 COLON ST., AGUADA, PR FILED 11/9/15

Pending sale of real estate. Real estate broke: Pedro Betancourt Díaz. Also pending liquidation of trust inherited by Debtor.

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 06/30/22

/s/ WILFREDO SEGARRA-MIRANDA
_____ Date: 01/28/22
WILFREDO SEGARRA-MIRANDA

LFORM1                                                                                                          Ver: 22.04